O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-3384-AHM (Ex) | Date | April 20, 2009 |
|---|---|---|---|
| Title | W. WILLIAM RINGER v. BELL HELICOPTER TEXTRON, F.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Janean Acevedo Daniels | Timothy John Ryan<br>Stephen Paffrath | |

**Proceedings:** (A): FINAL PRETRIAL CONFERENCE

(B): MOTIONS *IN LIMINE* (non-evidentiary)

Pretrial conference held.

By not later than April 27, 2009, Plaintiff must file a brief setting forth the public policy basis for his fifth claim for wrongful discharge and addressing the statute of limitations. Defendants file a response by not later than May 4, 2009.

Court rules on the motion *in limine* as follows:

MOTION IN LIMINE #1 for evidentiary sanctions filed by Plaintiff William Ringer [66] is denied.

MOTION IN LIMINE #1 to Exclude Evidence of Unalleged Age Discrimination Against Other Former Employees filed by Defendants Bell Helicopter Textron Inc., Max Wiley [47] is tentatively granted. The Court reserves ruling on the motion pending review of Plaintiff's additional brief on his wrongful discharge claim and pending Plaintiff's offer of proof of the probative value of the spreadsheets and specific documents within the personnel files.

MOTION IN LIMINE #2 to Exclude Evidence of Defendant Max Wiley's Character filed by Defendants Bell Helicopter Textron Inc., Max Wiley [48] is tentatively denied. The Court reserves ruling on the motion pending review of Plaintiff's additional brief on his wrongful discharge claim and pending Plaintiff's offer of proof of disparate treatment.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-3384-AHM (Ex) | Date | April 20, 2009 |
|---|---|---|---|
| Title | W. WILLIAM RINGER v. BELL HELICOPTER TEXTRON, F.A., et al. | | |

MOTION IN LIMINE #3 to Exclude Evidence Pertaining to Older Worker Benefit Protection Act Disclosure filed by Defendants Bell Helicopter Textron Inc., Max Wiley [49] is granted.

MOTION IN LIMINE #4 to Limit Service of Trial Subpoenas on Defendant's Officers filed by Defendants Bell Helicopter Textron Inc., Max Wiley [50] is granted.

MOTION IN LIMINE #5 to Exclude Evidence of Alleged Stray Comments filed by Defendants Bell Helicopter Textron Inc., Max Wiley [51] is granted as to the comments about William Yarber and Jerry Welch. The Court reserves ruling on the rest of the comments pending review of Plaintiff's additional brief on his wrongful discharge claim.

MOTION IN LIMINE #6 to Exclude Expert Testimony filed by Defendants Bell Helicopter Textron Inc., Max Wiley [52] is granted.

As stated on the record, the Court denied Plaintiff's Motion in Limine #1 and dismissed the first through fourth claims under FEHA and claims 19 and 20 in the proposed pretrial conference order. Following the hearing, the Court considered CACI 456 and it does not find that it supports holding a trial on Plaintiff's equitable estoppel claim. Plaintiff claims that the parties intended to adopt Plaintiff's last-revised version of the tolling agreement and that Plaintiff reasonably relied on what Plaintiff's counsel characterizes as defense counsel's representation that Plaintiff's version was acceptable. Plaintiff's version of the tolling agreement provided that the statute of limitation would be tolled until May 1, 2008 or 30 days following receipt of written notice of termination of the tolling agreement, whichever was sooner. That would mean a filing deadline of March 24, 2008. Plaintiff asserts he is entitled to add the 22 days in February when the tolling agreement was in effect. That would mean a deadline of April 14, 2008. The Complaint was filed on April 18, 2008. Even under Plaintiff's estoppel theory, the FEHA claims were untimely.

Court sets a trial estimate of four days. By not later than May 4, 2009, the parties are to submit their "parties stipulation" as court exhibit one, a stipulated chronology as court exhibit two, and a cast of characters as court exhibit three. Copies of these items

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-3384-AHM (Ex) | Date | April 20, 2009 |
|---|---|---|---|
| Title | W. WILLIAM RINGER v. BELL HELICOPTER TEXTRON, F.A., et al. | | |

will be given to each juror.

  Court dismisses with prejudice the fourth, fifth, and eight causes of action in Plaintiff's Complaint and Defendants' first, third, fourth, sixth and seventh affirmative defenses in their Answer.

  Parties are to submit a revised pretrial conference order by not later than May 1, 2009.

|  | : | 55 |
|---|---|---|
| Initials of Preparer | | SMO |